```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TRUSTEES OF THE NATIONAL      :      CIVIL ACTION
ELEVATOR INDUSTRY PENSION     :
FUND, et al.                  :
                              :
        v.                    :
                              :
EASTERN ELEVATOR SERVICE,     :      NO. 20-6150
INC., et al.                  :
```

<u>ORDER</u>

AND NOW, this 30th day of August, 2021, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1)  The motion of plaintiffs the Trustees of the Elevator Industry Work Preservation Fund, the Trustees of the National Elevator Industry Pension Fund, the Trustees of the National Elevator Industry Health Benefit Plan, the Trustees of the National Elevator Industry Educational Plan, and the Trustees of the Elevator Constructors Annuity and 401(k) Retirement Plan for summary judgment against defendants Eastern Elevator Service, Inc. and Robert Rauch, jointly and severally, for $254,754.95 is GRANTED; and

(2)   The motion of plaintiff the Trustees of the
Elevator Industry Work Preservation Fund for summary judgment
against defendant Eastern Elevator Service, Inc. for an
additional $2,194.10 is GRANTED.

BY THE COURT:


/s/ Harvey Bartle III

_____
                                                    J.